1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED

JUL 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   CR. NO. 1: 06 CR 0 0 2 5 7 OWW
                                  )
           Plaintiff,             )   EX PARTE MOTION TO SEAL
                                  )   INDICTMENT PURSUANT
      v.                          )   TO RULE 6(e), FEDERAL
                                  )   FEDERAL RULES OF
                                  )   CRIMINAL PROCEDURE
PEDRO MORALES MORA, and           )
JOHN DOE,                         )
    aka Rogelio                   )
                                  )
           Defendants.            )
_____)

   The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 27, 2006, charging the above defendants with a violation of Title 21, United States Code, Section 846 - Conspiracy to Distribute Methamphetamine and other violations, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

```
 1 | execution of the warrants.
 2 | DATED: July _ 2006                    Respectfully submitted,
 3 |                                       McGREGOR W. SCOTT
   |                                       United States Attorney
 4 |
   |                                       By /s/ Kimberly G. Kelly
 5 |                                          KIMBERLY A. KELLY
   |                                          Assistant U.S. Attorney
 6 |
 7 | ORDERED as prayed this 27th day of July 2006
 8 |
 9 |                                       _____
   |                                       U.S. Magistrate Judge
```