DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO MORALES-MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00257 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| PEDRO MORALES-MORA, | ) ) | Date:  March 15, 2010 |
| Defendant. | ) ) | Time:  9:00 A.M. Judge: Hon. Oliver W. Wanger |
| _____ | ) | |

        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for March 8, 2010, **may be continued to March 15, 2010, at 9:00 a.m.**
        This continuance is requested because defense counsel is scheduled to appear at the Ninth Circuit Court of Appeals on March 8, 2010, for oral argument in the matter of *U.S. v. Bradly Nelson*, C.A. No. 09-10133, and will not available for hearing at the time now scheduled in the above-captioned matter. Assistant United States Attorney Kimberly Sanchez does not object to this request.  Continuance of the hearing  will maintain continuity of counsel and judicial expediency in addressing and resolving issues, and will conserve time and resources for all parties and the court.
///
///
///

        The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

DATED:  February 26, 2010               /s/ Kimberly Sanchez

                                             KIMBERLY SANCHEZ
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


                                                                   DANIEL J.

                                             BRODERICK
                                             Federal Defender


DATED:  February 26, 2010               /s/ Melody M. Walcott

                                             MELODY M. WALCOTT
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           PEDRO MORALES-MORA


## O R D E R

      **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and (B).

      IT IS SO ORDERED.

**Dated:**   **March 1, 2010**                  **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE